IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CALVIN JACKSON, JR.,                              No. 2:20-cv-01090-SB

        Plaintiff,                               ORDER

       v.

TROY BOWSER, DR. VRIESMAN,
S. JOHNSTON, C. DIGIULIO, T. BUGHER,

        Defendants.

HERNÁNDEZ, District Judge:

        Magistrate Judge Beckerman issued a Findings and Recommendation on February 7, 2023, in which she recommends that this Court grant Defendants' motion for summary judgment. F&R, ECF 67. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF No. 74. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [67]. Therefore, Defendants' Motion for Summary Judgment [52] is GRANTED.

IT IS SO ORDERED.

DATED: March 29, 2023.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER